JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIS LOPES, ) | Case No. 2:18-cv-00237-CKD |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to August 6, 2018, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to family obligations that have caused a backlog in Plaintiff's counsel's workload.

**Lopes v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:18-cv-00237-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: July 2, 2018    JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: July 2, 2018    MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: July 6, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Lopes v. Berryhill**    **Stipulation and Proposed Order**    **E.D. Cal. 2:18-cv-00237-CKD**